## BODLE vs. THE CHENANGO COUNTY MUTUAL INSURANCE COMPANY.

The insufficiency of an excuse offered to set aside a verdict.

*Motion to set aside verdict.*—Defendant's facts: cause noticed for trial Cortland circuit for August 26, 1844. Defendant's attorney states his horse tired out in traveling, by which means he was unable to reach the court house until 3 o'clock P. M. He was informed a verdict had been taken in the cause half an hour previous. He endeavored to find plaintiff's attorney, to offer to pay costs, and was informed he left immediately after

taking the verdict. Plaintiff's facts: verdict was taken after 2 o'clock [21 P. M., in its regular order on the calendar. Defendant's attorney arrived after 4 o'clock, P. M. Plaintiff's attorney went immediately and saw defendant's attorney and informed him a verdict was taken, and asked defendant's attorney why he did not come sooner, as he knew it was an old issue. Defendant's attorney replied he stopped at a tavern about five miles back to get his dinner; he made no other excuse, did not offer to pay costs at the time, and told his witness he could go home.

GEO. M. SMITH, *Defts Atty.*      HUMPHREY & CUSHING, *Plffs Attys.*
*Decision.*—Motion denied, with costs.